IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

ELECTRONICALLY FILED
Nov 22, 2016
U.S. DISTRICT COURT
Northern District of WV

ORGILL, INC.

        Plaintiff,

v.                                    CIVIL ACTION NO. 3:16-cv-158 (Groh)

DISTRIBUTION CENTERS OF
AMERICA (WV), LLC, and WILMINGTON
TRUST NATIONAL ASSOCIATION, AS
TRUSTEE, FOR THE BENEFIT OF THE
HOLDERS OF COMM 2014-USB4
MORTGAGE TRUST COMMERCIAL
PASS-THROUGH CERTIFICATES,

        Defendants.

## NOTICE OF REMOVAL

Defendant Distribution Centers Of America (WV), LLC ("Distribution Centers"), and defendant Wilmington Trust National Association, As Trustee, For The Benefit Of The Holders Of COMM 2014-USB4 Mortgage Trust Commercial Pass-Through Certificates ("Wilmington Trust"), hereby give notice of the removal of the civil action, styled <u>Orgill, Inc., Plaintiff v. Distribution Centers Of America (WV), LLC, and Wilmington Trust National Association, As Trustee, For The Benefit Of The Holders Of COMM 2014-USB4 Mortgage Trust Commercial Pass-Through Certificates,</u> Defendants, Civil Action No. 16-C-564 in the Circuit Court of Berkeley County, West Virginia, to the United States District Court for the Northern District of West Virginia, pursuant to 28 U.S.C. §§1441 and 1446.  As grounds for such removal, Distribution Centers and Wilmington Trust state as follows.

1. Plaintiff Orgill, Inc. ("Plaintiff") commenced this civil action by filing a Complaint For Declaratory Relief ("Complaint") on or about October 13, 2016, in the Circuit Court of Berkeley County, West Virginia.

2. Plaintiff caused a copy of the Complaint to be served on the West Virginia Secretary of State, as statutory agent for Distribution Centers, on October 25, 2016, and said Complaint was received by Distribution Centers on a date thereafter.

3. Plaintiff caused a copy of the Complaint to be served on Wilmington Trust by having the Clerk of the Circuit Court of Berkeley County, West Virginia, send it certified mail, return receipt requested, to Wilmington Trust, on October 25, 2016.

4. Distribution Centers and Wilmington Trust hereby reserve any and all rights to assert the insufficiency of process or insufficiency of service of process as defenses to the Complaint, and, in addition, Wilmington Trust objects to the supposed personal jurisdiction Plaintiff seeks to have exercised over Wilmington Trust in the State of West Virginia and/or subject matter jurisdiction over Plaintiff's supposed claim against Wilmington Trust.

5. In compliance with 28 U.S.C. § 1446(a), copies of all process, pleadings or orders served upon Distribution Centers and upon Wilmington Trust in said Civil Action No. 16-C-564 are attached hereto as Removal **Exhibit A**.

6. No further proceedings have taken place in this civil action in the Circuit Court of Berkeley County, West Virginia.

7. Plaintiff is a Tennessee corporation with its principal place of business in Tennessee.

8. Distribution Centers is a limited liability company whose members are citizens of states other than Tennessee, as demonstrated by Removal **Exhibit B**.

9.  Wilmington Trust is a national banking association with its principal place of business in Delaware, as demonstrated by Removal **Exhibit C**.

10. Plaintiff seeks a declaration that it is not obligated to Distribution Centers under the terms of a certain Amended And Restated Lease Agreement between it and Distribution Centers for Additional Rent, late fees and interest, which Distribution Centers states is owed to it, such Additional Rent, late fees and interest amounting to well over $400,000.00. See, *e.g.*, Paragraph Nos. 17-20 of the Complaint.

11. This Court has subject matter jurisdiction of the removed civil action under 28 U.S.C. § 1332(a)(1) because: (a) there is complete diversity of citizenship between Plaintiff, on the one hand, and defendants Distribution Centers and Wilmington Trust, on the other hand; and (b) the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Complete diversity existed both at the time of the Complaint's filing and at the time of the filing of this *Notice Of Removal*.

12. Plaintiff has not filed a binding stipulation in conjunction with its Complaint regarding the jurisdictional amount in controversy as required by McCoy v. Erie Insurance. Co., 147 F. Supp. 2d 481 (S.D. W. Va. 2001). Pursuant to McCoy, because Plaintiff failed to file a binding stipulation regarding the jurisdictional amount in controversy at the time it filed its Complaint to initiate this civil action, Plaintiff cannot now argue that this civil action does not meet the jurisdictional amount requirement.

13. Pursuant to 28 U.S.C. § 1446(a), the United States District Court for the Northern District of West Virginia, is the appropriate court for removal jurisdiction in this civil action because it is within the same district and division as Berkeley County, West Virginia.

14. Pursuant to 28 U.S.C. § 1446(d), a true copy of this *Notice Of Removal* will be filed with the Clerk of the Circuit Court of Berkeley County, West Virginia, and will be served on Plaintiff, through its counsel.

15. Distribution Centers and Wilmington Trust reserve the right to amend or supplement this *Notice Of Removal* and/or to present additional arguments and facts in support of their entitlement to removal.

16. No admission of fact, law, or liability is intended by this *Notice Of Removal*, and all defenses, affirmative defenses, and motions are hereby reserved.

**WHEREFORE**, Distribution Centers and Wilmington Trust hereby give notice of the removal of this civil action from the Circuit Court of Berkeley County, West Virginia, to the United States District Court for the Northern District of West Virginia.

DISTRIBUTION CENTERS OF AMERICA (WV), LLC, and WILMINGTON TRUST NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COMM 2014-USB4 MORTGAGE TRUST COMMERCIAL PASS-THROUGH CERTIFICATES,

Defendants,

BY COUNSEL:

*/s/ R. Terrance Rodgers*
R. TERRANCE RODGERS (WVSB 3148)
KAY CASTO & CHANEY PLLC
P. O. Box 2031
Charleston, West Virginia 25327
304-345-8900 (telephone)
304-345-8909 (fax)
trodgers@kaycasto.com