IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**ORGILL, INC.**

    **Plaintiff,**

v.                           CIVIL ACTION NO. 3:16-CV-00158-GMG
                               (Judge Gina M. Groh)

**DISTRIBUTION CENTERS OF**
**AMERICA (WV), LLC**

    **Defendant.**

---

### ORGILL'S MOTION FOR ATTORNEY'S FEES AND EXPENSES
---

Plaintiff and Counterclaim Defendant, Orgill, Inc. ("Orgill"), by counsel and pursuant to Federal Rule of Civil Procedure 54(d)(2), moves for an award of attorney's fees and expenses as the "prevailing party" under Section 7.6 of the Amended and Restated Lease between Orgill and Defendant Distribution Centers of America (WV), LLC ("DW"). The facts and law supporting Orgill's Motion are set forth in Orgill's supporting Memorandum of Law, filed contemporaneously with this Motion, and the affidavits attached to this Motion.

                                                     Respectfully submitted,

                                                     /s/ Christopher K. Robertson
                                                       Christopher K. Robertson
                                                       [W.Va. Bar No. 5993]
                                                     **JACKSON KELLY PLLC**
                                                     310 West Burke Street
                                                     Post Office Box 1068
                                                     Martinsburg, West Virginia 25402
                                                     Tel: 304/263-4959
                                                     Fax: 304/263-7110

                                                     *Attorney for Plaintiff,*
                                                     *Orgill, Inc.*

Buckner Wellford
[Tenn. Bar No. 9687 - Admitted *Pro Hac Vice*]
Zachary A. Kisber
[Tenn. Bar No. 33388 - Admitted *Pro Hac Vice*]
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
165 Madison Ave., 20th Floor
Memphis, Tennessee  38103
Tel: 901-577-2152

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I electronically filed the forgoing with the Clerk of the Court using the CM\ECF system, which will send notification of such filing to the following:

R. Terrance Rodgers    trodgers@kaycasto.com, fcasey@kaycasto.com, swhittington@kaycasto.com

This, the 1st of December, 2017.

/s/ Christopher Robertson
CHRISTOPHER ROBERTSON

2